Before the First Division, October 14, 1968

**No. P68/430.**—Morris Friedman *v.* United States, protests 58/7806–S, etc. (Philadelphia).

Watson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of corn husk or maize baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiff was sustained.

Before the Second Division, October 14, 1968

**No. P68/431.**—Fabius & Co., Inc. *v.* United States, protest 63/22548 (New York).
**No. P68/432.**—Seedman International Corp. *v.* United States, protests 64/4047, etc. (New York).
**No. P68/433.**—Andrew Fisher Cycle Co., Inc. *v.* United States, protests 64/17391, etc. (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiffs was sustained.
**No. P68/434.**—TAP Equipment Co., dba Thrifty Equipment Co. *v.* United States, protest 61/16360 (Los Angeles).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of D–2 and D–4 diesel engines which are parts of agricultural tractors similar in all material respects to those the subject of *TAP Equipment Co.*, dba *Thrifty Equipment Co.* v. *United States* (58 Cust. Ct. 559, C.D. 3051), the claim of the plaintiff was sustained.